ICARD v. ICARD

No. 386P02

Case below: 150 N.C. App. 717

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

IN RE CLARK

No. 402P02

Case below: 151 N.C. App. 286

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

IN RE PINEAULT

No. 468P02

Case below: 152 N.C. App. 196

Petition by respondent (Pineault) for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

IN RE RAMSEY

No. 394P02

Case below: 151 N.C. App. 597

Notice of appeal by respondent (Brandi Ramsey) pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 3 October 2002. Petition by respondent (Brandi Ramsey) for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

INTEGON SPECIALTY INS. CO. v. AUSTIN

No. 432P02

Case below: 151 N.C. App. 593

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.